**Jeffrey A. Rothman**
Attorney at Law
305 Broadway, Suite 100
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/10/2020

December 10, 2020

By ECF To:
The Honorable Mary Kay Vyskocil
United States District Court Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  David Franklin and Onika Gordon, v. City of New York, et al.,
     20 Civ. 3815 (MKV)

Dear Judge Vyskocil:

I am co-counsel for Plaintiff in the above-captioned action.  I write, jointly with opposing counsel, to respectfully request a brief extension - through Tuesday, December 15, 2020 (the current deadline is today) - for the parties to provide the Court with the pre-Initial Conference submissions required by Your Honor's Order of September 17, 2020 (docket # 42) in advance of the Initial Conference (telephonic) that was re-scheduled for Thursday, December 17, 2020 by the Court's Order of October 9, 2020 (docket # 44).

The reason for the request is that the parties had their Local Rule 83.10 mediation on December 2, 2020.  The mediator made a settlement recommendation, and both sides have through tomorrow, December 11, 2020, to respond to it.  If it pleases the Court, should the case settle, the parties will, by Tuesday, December 15, 2020 write the Court to inform the Court of that fact, and if the case does not settle the parties will submit the required pre-Initial Conference submissions in advance of the Thursday, December 17, 2020 Initial Conference.

The parties thank the Court for its consideration in this matter.

Respectfully submitted,

/S/

Jeffrey A. Rothman

**Granted. SO ORDERED.**

Date: December 10, 2020
New York, New York

_Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge