UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

DAVID FRANKLIN, ONIKA GORDON,

                                             Plaintiffs,

                    -against-

CITY OF NEW YORK, et al.,

                                             Defendants.

---------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/29/2021

**STIPULATION AND
ORDER OF DISMISSAL**

20-CV-3815 (MKV)

 

 

 

 

 

 

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1.    The above-referenced action is hereby dismissed with prejudice; and

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

~~2.~~ ~~Notwithstanding the dismissal of this action in accordance with this agreement,~~ ~~the District Court shall continue to retain jurisdiction over this action for the purpose of~~ ~~enforcing the terms of the settlement agreement reached between the parties and set forth in the~~ ~~Stipulation of Settlement executed by the parties in this matter.~~

Dated: New York, New York

JANUARY 7, 2021

JEFFREY A. ROTHMAN
*Attorney for Plaintiff*
305 Broadway, Suite 100
New York, New York 10007
(212) 227-2980

JAMES E. JOHNSON
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____ 1/11/21
    Jeffrey A. Rothman
    *Attorney for Plaintiff*

By: _____
    Erin Teresa Ryan
    *Assistant Corporation Counsel*

JEFFREY L. EMDIN
*Attorney for Plaintiffs*
330 West 38th Street, Suite 302
New York, New York 10018
(212) 265-1350

By _____
   Jeffrey L. Emdin
   *Attorney for Plaintiffs*

SO ORDERED:

_____
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

Dated: _____January 29_____, 20 21